**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LATASHA S.,<br>Plaintiff<br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of the Social Security Administration,<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br><br><br>NO. 26-2201 |

**ORDER**

**AND NOW**, this 24th day of November 2026, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 14) is **DENIED.**

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge